# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DEBORAH K. KING N/K/A DEBORAH K. BOOKHEIMER, | : | No. 629 MAL 2019 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THOMAS S. KING, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.